**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Kenya Leeann THOMAS, Defendant–
Appellant.**

No. 11–10451
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 17, 2012.

Nancy E. Larson, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Fort Worth, TX, for Plaintiff–Appellee.

Jerry Van Beard, Esq., Assistant Federal Public Defender, Federal Public Defender's Office, Douglas Anthony Morris, Esq., Dallas, TX, for Defendant–Appellant.

Kenya Leeann Thomas, Fort Worth, TX, pro se.

Before HIGGINBOTHAM, GARZA, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Kenya Leeann Thomas has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Thomas has not filed a response. We have

reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.